IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGEY WALTON,

    Defendant.

MAG. NO. 06-0134 GGH

ORDER

The letter received from the United States on May 12, 2006, in the above-referenced case shall be filed under seal.

DATED: May 17, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
walton.seal

1